1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   OSVALDO CISNEROS-GUTIERREZ,           No.  1:21-cv-00441-JLT-EPG-HC

12              Petitioner,                ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATION, GRANTING
13        v.                               RESPONDENT'S MOTION TO DISMISS,
                                           DISMISSING PETITION FOR WRIT OF
14   D.K. WHITE,                           HABEAS CORPUS, AND DIRECTING
                                           CLERK OF COURT TO CLOSE CASE
15              Respondent.
                                           (Docs. 8, 11)
16

17        Osvaldo Cisneros-Gutierrez is a federal prisoner proceeding *pro se* with a petition for writ

18   of habeas corpus purportedly brought pursuant to 28 U.S.C. § 2241.  This matter was referred to a

19   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 29, 2021, the magistrate judge issued findings and recommendations that

21   respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed

22   without prejudice as unripe.  (Doc. 11.)  The findings and recommendations were served on

23   petitioner and contained notice that any objections were to be filed within 30 days of the date of

24   service of the findings and recommendations.  On October 20, 2021, the findings and

25   recommendations were returned as undeliverable with the notation of "No longer at this

26   address."[1]  To date, the petitioner has not filed objections, and the time for doing so has passed.

27

_____

28   [1] Absent notice of a party's change of address, service of documents at the prior address of the party is
     fully effective. Local Rule 182(f).

                                           1

1    According to 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the

2  case.  Having carefully reviewed the entire file, the court concludes that the findings and

3  recommendation are supported by the record and proper analysis. Thus,

4       1.  The findings and recommendations issued on September 29, 2021 (Doc. 11) are

5            adopted in full.

6       2.  Respondent's motion to dismiss (Doc. 8) is granted.

7       3.  The petition for writ of habeas corpus is dismissed without prejudice; and

8       4.  The Clerk of Court is directed to close the case.

9

10  IT IS SO ORDERED.

11     Dated:    **February 15, 2022**                    _Jennifer L. Thurston_
                                                          UNITED STATES DISTRICT JUDGE